**CGFD28** (10/01/16)

**ORDERED in the Southern District of Florida on August 19, 2026**

**Peter D. Russin**
United States Bankruptcy Judge

---

# United States Bankruptcy Court
**Southern District of Florida**
**www.flsb.uscourts.gov**

**Case Number: 26−11083−PDR**
**Chapter: 7**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Marina del Carmen Manzanarez
11229 W 34th Way
Hialeah, FL 33018

SSN: xxx−xx−6859

## FINAL DECREE

The trustee, Maria Yip, having filed a final report that the estate has been fully administered, is discharged and the case is closed.